**Order entered February 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01015-CR

**MICHAEL D. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F94-03570-TK**

## ORDER

The Court **DENIES** appellant's February 1, 2013 second motion for oral argument. The Court previously determined that the decisional process would not be significantly aided by oral argument. *See* TEX. R. APP. P. 39.1(d). The appeal will be set for submission on the next available no argument docket.

We **GRANT** the State's February 1, 2013 motion to extend time to file its brief. We **ORDER** the State's brief filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE